Barry O. Bernstein, SBN: 43230
Natalie E. R. Lahiji, SBN: 240298
Law Offices of Barry O. Bernstein, Inc.
3727 W. Magnolia Blvd., # 767
Burbank, California 91505
barry@lawcrime.com
natalie@lawcrime.com
Office:            818-558-1717
Facsimile:       818-526-7672

Attorneys for Defendant,
IGNACIO MAGANA-OROZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number: 08-mj-00001 CMK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| IGNACIO MAGANA-OROZCO, | |
| Defendant. | |

Defendant, IGNACIO MAGANA-OROZCO, hereby substitutes the following attorneys from Law Offices of Barry O. Bernstein, Inc,. as counsel for service in this action:

**Barry O. Bernstein, SBN: 43230**

**Natalie E. R. Lahiji, SBN: 240298**

The following attorney is no longer counsel of record in this action:

**Rachel D. Barbour, SBN: 185395**

   **"IT IS SO ORDERED"**

Dated: 01/24/08                               /s/ Gregory G. Hollows
                                                       U.S. Magistrate Judge